PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 18 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jerry Wayne Dunn           Case Number: 2:94CR00027-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 4/19/1995          Type of Supervision: Supervised Release

Original Offense:                              Date Supervision Commenced: April 8, 2005

2:94:CR00027-001:
Ct. 1: Possession of a Firearm with Obliterated Serial Number, 18 U.S.C. § 922(g)(1)
Ct. 2: Possession of a Firearm with Obliterated Serial Number, 18 U.S.C. § 922(k)

2:94:CR00061-001:
Ct. 3: Possess with Intent to Distribute Methamphetamine within 1,000 Feet of Public School, 21 U.S.C. § 860(a)

Original Sentence: Prison - Ct. 1: 120 months, Ct. 2: 60 months, Ct. 3: 151 months, concurrent. TSR - Ct. 1: 36 months, Cts. 2 & 3: 96 months

Date Supervision Expires: April 7, 2013

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18   You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

### CAUSE

On April 8, 2005, Mr. Dunn has been released from prison after serving more than 11 years imprisonment. Mr. Dunn requests mental health counseling to assist in assimilation back into the community. This is common for individuals who have been institutionalized for as long as Mr. Dunn has been.

Mr. Dunn has also requested permission to associate with another felon who was recently released to supervision, Michelle Shorthouse. Mr. Dunn and Ms. Shorthouse's request to associate has been denied by probation until they have satisfactorily established themselves in the community for a 6-month period of time. The mental health counseling may further assist Mr. Dunn with this concern.

Respectfully submitted,

by /s/ Missy K. Kolbe
U.S. Probation Officer
Date: April 8, 2005

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Fred Van Sickle
Signature of Judicial Officer

April 17, 2005
Date