UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>JERRY WAYNE DUNN,<br><br>             Defendant. | No. CR-94-027-FVS<br>No. CR-94-061-FVS<br><br>ORDER |

**THE DEFENDANT'S** supervised release having been revoked on April 25, 2006; the defendant having moved for reconsideration on May 11, 2006; the Court having lost jurisdiction by that date; and the Court being confident it would not modify the disputed rulings even if jurisdiction existed and the defendant presented the evidence described in his moving papers; Now, therefore

**IT IS HEREBY ORDERED:**

The defendant's motion for reconsideration is denied. In CR-94-027-FVS, the motion is docket numbers 209 and 214. In CR-94-061-FVS, the motion is docket number 186.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___31st___ day of May, 2006.

                        s/ Fred Van Sickle
                          Fred Van Sickle
                    United States District Judge

ORDER - 1