# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON
### PROBATION OFFICE

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

May 7, 2009

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 575-5842 / fax (509) 454-5782

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO   Spokane

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 08 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

The Honorable Fred Van Sickle
Senior U.S. District Court Judge
Eastern District of Washington
Spokane, WA 99210

RE: DUNN, Jerry W.
Docket No.: 2:94CR00027-001
**REQUEST FOR RELEASE FROM RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**

Dear Judge Van Sickle:

Mr. Dunn began his RRC placement on January 26, 2009, and since that time, has experienced serious medical issues (heart attack on or about February 26, 2009). He is currently under the care of a physician and his future ability to work is poor.

The purpose of this letter is to inform the Court that Mr. Dunn has experienced life changing events which would appear to make an RRC placement inappropriate at this time. The undersigned is also respectfully recommending that Mr. Dunn be released from RRC placement and be allowed to return to the community to better enable him to receive necessary medical services.

Mr. Dunn has completed a substance abuse evaluation and is scheduled to begin treatment within the next week. He has submitted an appropriate release plan, which was approved by the undersigned.

Therefore, the probation office would respectfully recommend that Mr. Dunn be released from the RRC program and be allowed to complete the remainder of his supervised release in the community, with all previously imposed conditions of supervised release to remain

**RE: Dunn, Jerry W.**
**May 7, 2009**
**Page 2**

in effect. Please advise this officer should Your Honor require a different course of action or require a Court appearance by Mr. Dunn.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

_____  5/7/09
Samuel Najera            Date
U.S. Probation Officer

APPROVED BY:

_____  5-7-09
Gayla S. Hunt           Date
Supervising U.S. Probation Officer

SN/csg

THE COURT ORDERS

[ ]  No Action
[X]  Release from RRC placement
[ ]  Other

_____
Signature of Judicial Officer

May 7, 2009
Date